# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00716-CR

---

**Robert Willis, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. CR2023-194B, THE HONORABLE TRACIE WRIGHT-RENEAU, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Robert Willis was convicted of possession of a controlled substance in an amount of four grams or more but less than 200 grams, and his punishment was enhanced under the Texas Penal Code's habitual-offender provision at sixty-eight years' confinement. *See* Tex. Health & Safety Code § 481.115(d); Tex. Penal Code § 12.42(d). Willis appealed his conviction.

Willis's court-appointed attorney on appeal filed a motion to withdraw supported by an *Anders* brief contending that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744-45 (1967). Willis's court-appointed attorney's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. *See id.*; *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that *Anders* briefs serve purpose of "assisting the court in determining both that counsel in fact

conducted the required detailed review of the case and that the appeal is . . . frivolous"). Willis's counsel represented to the Court that he provided copies of the motion and brief to Willis; advised Willis of his right to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeal in this Court; and provided Willis with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Willis requested access to the appellate record, and pursuant to this Court's order, the Comal County District Clerk provided written verification to this Court that a copy of the appellate record was sent to Willis by certified mail on October 9, 2025. To date, Willis has not filed a pro se brief or requested an extension of time to do so.

We have independently reviewed the record and considered Willis's appellate brief filed by counsel, and we have found nothing that might arguably support the appeal. S*ee Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeal is frivolous and without merit. Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment of conviction.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Affirmed

Filed: December 10, 2025

Do Not Publish